

# NUMBER 13-19-00039-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE CLAUDIA RAMOS

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Order Per Curiam**

This cause is before the Court on the amended motion for rehearing filed by Claudia Ramos. This Court previously issued a memorandum opinion dismissing this proceeding as moot. *See In re Ramos*, No. 13-19-00039-CV, 2019 WL 1051415, at *1 (Tex. App.—Corpus Christi Mar. 7, 2019, orig. proceeding) (mem. op.). Ramos asserts that the settlement previously reached in this case did not encompass all parties to this original proceeding.

The Court, having fully examined and considered Ramos's motion for rehearing, is of the opinion that, in the interest of justice, appellant's motion for rehearing should be

granted. Accordingly, we withdraw our previous opinion. This original proceeding remains pending before the Court.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
8th day of April, 2019.